IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINE BOTTLE RECYCLING, LLC, | Case No. 12-1924 SC |
| Plaintiff, | CLARIFICATION AS TO PLAINTIFF'S LEAVE TO FILE AN AMENDED COMPLAINT |
| v. | |
| NIAGARA SYSTEMS LLC, et al., | |
| Defendants. | |

As noted in the Court's order on Defendants' motions to dismiss and for judgment on the pleadings, ECF No. 83, Plaintiff may file a second amended complaint subject to that order's limitations.

Plaintiff is to file that complaint within thirty (30) days of this Order's signature date.  Failure to do so may result in termination of this case.

IT IS SO ORDERED.

Dated: September 26, 2013

UNITED STATES DISTRICT JUDGE