AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

WINE BOTTLE RECYCLING, LLC

    Plaintiff (s),

V.

NIAGARA SYSTEMS, LLC

    Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 12-1924 SC

Notice is hereby given that, subject to approval by the court, __WINE BOTTLE RECYCLING, LLC__ substitutes
(Party (s) Name)

__MARTIN W. JOHNSON__, State Bar No. __61635__ as counsel of record in
(Name of New Attorney)

place of __LYMAN D. BEDFORD, Clausen Law Group, SBN 40665__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: MARTIN W. JOHNSON AND KATHLEEN A. UMREIN, an association of attorneys

    Address: 769 Center Blvd., # 102, Fairfax, California 94930

    Telephone: (415) 515-1422      Facsimile

    E-Mail (Optional): johnsonmartinw@gmail.com

I consent to the above substitution.

Date: 11/21/2013

Wine Bottle Recycling, LLC
Bruce W. Stephens, CEO

I consent to being substituted.

Date: 11/21/2013

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11/21/2013

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/22/2013

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]