IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WINE BOTTLE RECYCLING, LLC,

    Plaintiff,

  v.

NIAGARA SYSTEMS LLC, et al.,

    Defendants.

Case No. 12-1924 SC

ORDER TO SHOW CAUSE

Plaintiff Wine Bottle Recycling, LLC has repeatedly failed to obey Court orders directing it to observe the rules of procedure in this case. See ECF No. 83 (noting Plaintiff's several failures and putting Plaintiff on notice of the risk of future sanctions). For example, Plaintiff has on several occasions filed improper papers before the Court, see id., and, according to Defendants' motions in limine and supporting filings, Plaintiff has failed to adhere to both the federal discovery rules and this Court's specific grant of jurisdictional discovery. Plaintiff's behavior risks prejudicing Defendants and derailing the scheduled trial.

///

///

///

Per both Rule 11(c) and the Court's inherent power to levy sanctions, Plaintiff is ORDERED to show cause why its conduct does not warrant sanctions. The show cause hearing is set for January 10, 2014, at 10:00 a.m., at the United States District Court for the Northern District of California, Courtroom 1, 450 Golden Gate Avenue, San Francisco, California 94102. The pretrial conference set for the same time will proceed as scheduled.

IT IS SO ORDERED.

Dated: January 3, 2014

UNITED STATES DISTRICT JUDGE