UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINE BOTTLE RECYCLING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NIAGARA SYSTEMS LLC,<br><br>    Defendants. | Case Number: 3:12-cv-01924-SC<br><br>STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE<br><br>DATE:    September 19, 2014<br>TIME:    10:00 a.m.<br>DEPT.:    1, JUDGE CONTI |

The Parties are continue to work with Magistrate Judge Kandis Westmore on potential settlement of this case. Following on the Court's request, the parties therefore jointly request that the Trial Setting Conference scheduled for September 19, 2014, be continued until November 14, 2014.

Dated: 9/16/14

_____
Counsel for Plaintiff, with the Authority of Counsel Martin Johnson

Dated: 9/16/14

_____
Counsel for Defendant

SO ORDERED,

Dated: 09/17/2014

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE TRIAL SETTING CONFERENCE

013024.000001/276505.1